UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Eastern Division

DOCKET NO:

|  |  |
|---|---|
| JORGE ARIAS AND ANGEL ARIAS, | ) |
| | ) |
| Plaintiffs, | ) **NOTICE OF REMOVAL TO** |
| | ) **UNITED STATES FEDERAL** |
| v. | ) **DISTRICT COURT** |
| | ) |
| CITY OF EVERETT, MAYOR CARLO | ) |
| DEMARIA, POLICE OFFICER JASON | ) |
| LEONARD OF EVERETT P.D., POLICE | ) |
| OFFICER CHRIS HANNON OF | ) |
| EVERETT P.D., CHIEF OF POLICE | ) |
| EVERETT STEVEN MAZZIE, HOME | ) |
| DEPOT, KRIS GAFF, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Please take notice, pursuant to 28 U.S.C. § 1446, that the defendants as named above, City of Everett, Mayor Carlo DeMaria, Police Officer Jason Leonard of Everett P.D., Officer Chris Hannon of Everett P.D., and Chief of Police Everett Steven Mazzie ("Municipal Defendants"), with the consent of the co-defendants, Home Depot and Kris Gaff ("Private Defendants"), respectfully petitions this Court for removal of the above-captioned action, from the Essex County Superior Court of the Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts, Eastern Division. The grounds for removal are as follows:

1.    On or about September 22, 2017, the above plaintiffs filed a Complaint against the above Municipal and Private Defendants in Essex Superior Court, captioned Jorge Arias and

<u>Angel Arias v. City of Everett, Mayor Carlo DeMaria, Police Officer Jason Leonard of Everett</u> <u>P.D., Officer Chris Hannon of Everett P.D., Chief of Police Everett Steven Mazzie, Home Depot,</u> <u>and Kris Gaff</u>, Civil Action Number 1777CV01439.  A true and accurate copy of said Summons and Complaint is attached hereto as Exhibit "A."  Plaintiffs served a copy of the Summons and Complaint upon all the above defendants between December 13 and 14, 2017.[1]

2.    On or about March 7, 2019, the above plaintiffs filed an Amended Complaint against the above Municipal and Private Defendants in the above civil action. A true and accurate copy of the said Amended Complaint is attached hereto as Exhibit "B."

3.    This civil action is pending in Essex County, Massachusetts, and accordingly, under 28 U.S.C. §§ 101 and 1441(a), the United States District Court for the District of Massachusetts, Eastern Division, is the proper forum for removal.

4.    Through filing of the Amended Complaint on March 7, 2019, this Notice of Removal is timely because it is filed within thirty days after the Municipal Defendants received a copy of the Amended Complaint. This Amended Complaint raises specific Federal Constitutional provisions and Federal Laws and gives this Court Federal Question jurisdiction under 28 U.S.C. § 1331.

8.    Moreover, the filing of this Amended Complaint represents a voluntary act brought by the plaintiffs that made the suit removable under 28 U.S.C. § 1446(b)(3).

5.    Based upon the allegations in plaintiffs' Amended Complaint, Count I claims Civil Rights Violations under M.G.L. c. 12, § 11H-I, but specifically states that the defendants interfered with the plaintiffs' "exercise and enjoyment of the rights secured to him by the Constitution of the United States." See Exhibit "B." Count II claims Deliberate Indifference,

---

[1]  In filing this Notice of Removal, the defendants do not waive any defenses with regard to service of process or the adequacy of process.

2

which is an element to be proved under 42 U.S.C. § 1983, and specifically states that the plaintiffs' "were denied the rights secured by them by the due process clause of the Fifth and Fourteenth Amendments to the United States Constitution." See Exhibit "B."

6.    Counts I and II are expressly based on the Constitution of the United States. Despite being brought under the guise of state law claims, they raise substantial federal issues central to establishing the plaintiffs' right to relief. Since these claims raise issues created by federal law, they necessarily arise under the laws of the United States, and involve questions of federal law.

7.    This Court has jurisdiction over claims arising under the laws of the United States. The jurisdictional statute, 28 U.S.C. § 1331, grants federal district courts "original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." See 28 U.S.C. § 1331.

8.    Written notice of this Notice of Removal will be given to the plaintiffs promptly after the filing of this Notice of Removal.

9.    The defendants will file a notice of the filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Essex County for the Commonwealth of Massachusetts.

10.    Pursuant to Local Rule 81.1(A), the defendants shall request of the Clerk of the Essex County Superior Court, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, for the foregoing reasons, The Municipal Defendants, through their counsel, respectfully requests that the above-captioned matter pending in the Superior Court of

3

1217568v1

Essex County, Massachusetts be removed and that this Court take jurisdiction for trial and determination.

Respectfully submitted,
The defendants,
CITY OF EVERETT, MAYOR CARLO DEMARIA, POLICE OFFICER JASON LEONARD OF EVERETT P.D., POLICE OFFICER CHRIS HANNON OF EVERETT P.D., CHIEF OF POLICE EVERETT STEVEN MAZZIE

By Their Attorneys,


/s/ *Christopher J. Davidson*
John P. Knight, BBO #631052
jknight@morrisonmahoney.com
Christopher J. Davidson, BBO #666112
cdavidson@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500

4

1217568v1

## Certificate of Service

I, Christopher J. Davidson, do hereby certify that a copy of the foregoing document: **NOTICE OF REMOVAL TO UNITED STATES FEDERAL DISTRICT COURT** has been served via first-class mail, postage prepaid and/or electronic mail on all parties or their representatives in this action as listed below:

Raylene Wentz Sandoval, Esq.
LAW OFFICES OF RAYLENE WENTZ SANDOVAL
10 Phoenix Row, Suite 308
Haverhill, MA 01832

Kelly Martin Malone, Esq.
Caroline B. Lapish, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
175 Federal Street
Boston, MA  02110

/s/ *Christopher J. Davidson*
Christopher J. Davidson

Dated: March 21, 2019

5

1217568v1